**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TAFAZWA S.,

                Plaintiff,                22 **CIVIL** 10736 (GRJ)

      -v-                                    <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 1, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 10) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 12) is GRANTED; and this case is DISMISSED. Final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:** New York, New York
           October 2, 2023

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                      **BY:**    *K. Mango*

                                                               **Deputy Clerk**